# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EBONY LAWSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:17-CV-01885-ACA |
| **WAL MART, INC, et al.** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPLATION OF DISMISSAL

**COME NOW EBONY LAWSON and WAL-MART STORES EAST, L.P., incorrectly designated in the Complaint as WAL MART, INC.,** the Plaintiff and the Defendant, respectively, and stipulate to the dismissal of the above-styled cause, with prejudice to the Plaintiff.  Each party shall bear its own costs.

This the 19th day of November, 2019.

/s/ Anthony Ifediba
**ANTHONY IFEDIBA**
Attorney for Plaintiff
IFEDIBA LAW GROUP, LLC
1220 16TH Street South
Birmingham, AL 35205
aifediba@ifedibalaw.com

2

/s/ Marda W. Sydnor
**MARDA W. SYDNOR**
Attorney for Defendant
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, AL 35216
msydnor@pljpc.com

2