# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EBONY LAWSON,** | } |
| Plaintiff, | } |
| v. | } Case No.:  2:17-cv-1885-ACA |
| **WAL-MART STORES EAST, LP, et al.,** | } |
| Defendant. | } |

## ORDER

Pursuant to the joint stipulation of dismissal filed by the parties (doc. 33), the court **DISMISSES** this action **WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this November 20, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE